AEE

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 495**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE COLE**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
SPENTA INDUSTRIES, LTD. et. al.
v.
CHIZUCO COLEMAN and
ROBERT COLEMAN

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SPENTA INDUSTRIES, LTD. AND HOSHANG R. KARANI (Plaintiffs)

| | |
|---|---|
| NAME (Type or print) | |
| Ralph C. Hardesty | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ralph C. Hardesty | |
| FIRM | |
| Hardesty & Associates | |
| STREET ADDRESS | |
| 55 West Monroe Street Suite 3720 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6184066 | 312-346-0045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |