# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**

Spenta Industries, LTD., and
Hoshang R. Karani,

v.

Chizuco Coleman and Robert Coleman

**Case Number:** 08 C 485

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

Chizuco Coleman and Robert Coleman

---

| (A) | (B) |
|---|---|
| **SIGNATURE** | **SIGNATURE** |
| **NAME** David A. Kaufman | **NAME** Jeremy J. Kramer |
| **FIRM** David A. Kaufman & Associates | **FIRM** |
| **STREET ADDRESS** 555 Skokie Blvd., Ste 500 | **STREET ADDRESS** 555 Skokie Blvd., Ste 500 |
| **CITY/STATE/ZIP** Northbrook, IL 60062 | **CITY/STATE/ZIP** Northbrook, IL 60062 |
| **TELEPHONE NUMBER** 847-480-1020 | **TELEPHONE NUMBER** 847-480-1020 |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 6195977 | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 6237482 |
| **MEMBER OF TRIAL BAR?** YES [ ] NO [X] | **MEMBER OF TRIAL BAR?** YES [ ] NO [X] |
| **TRIAL ATTORNEY?** YES [X] NO [ ] | **TRIAL ATTORNEY?** YES [X] NO [ ] |
| | **DESIGNATED AS LOCAL COUNSEL?** YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| **SIGNATURE** | **SIGNATURE** |
| **NAME** | **NAME** |
| **FIRM** | **FIRM** |
| **STREET ADDRESS** | **STREET ADDRESS** |
| **CITY/STATE/ZIP** | **CITY/STATE/ZIP** |
| **TELEPHONE NUMBER** | **TELEPHONE NUMBER** |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** |
| **MEMBER OF TRIAL BAR?** YES [ ] NO [ ] | **MEMBER OF TRIAL BAR?** YES [ ] NO [ ] |
| **TRIAL ATTORNEY?** YES [ ] NO [ ] | **TRIAL ATTORNEY?** YES [ ] NO [ ] |
| **DESIGNATED AS LOCAL COUNSEL?** YES [ ] NO [ ] | **DESIGNATED AS LOCAL COUNSEL?** YES [ ] NO [ ] |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**