IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| SPENTA INDUSTRIES, LTD., and HOSHANG R. KARANI, Plaintiffs, | ) ) ) ) ) | |
| v. | ) ) | No. 08 C 495 |
| CHIZUCO COLEMAN and ROBERT COLEMAN, Defendants. | ) ) ) ) | Judge Gettleman Magistrate Judge Cole |

## NOTICE OF MOTION

TO: Ralph C. Hardesty, Esq.
Hardesty & Associates
55 West Monroe Street, Suite 3720
Chicago, IL 60603

Please take notice that on **Tuesday, February 26, 2008** at **9:45 a.m**, the undersigned shall appear before the **Honorable Judge Robert W. Gettlemen,** or any Judge sitting in his stead, in **Courtroom 1703** at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiffs' Complaint, a copy of which is attached hereto and hereby served upon you. You may appear as you deem fit.

/s/ David Kaufman

David A. Kaufman, Esq. (ARDC # 6195977)
Jeremy Kramer, Esq., of counsel (ARDC #6237482)
David A. Kaufman and Associates
Counsel for Defendants
555 Skokie Boulevard-Suite 500
Northbrook, Illinois  60062-2845
Phone 847-480-1020
Fax 847-480-5740