**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Spenta Enterprises LTD., et al.
                            Plaintiff,

v.                                            Case No.: 1:08−cv−00495
                                                      Honorable Robert W. Gettleman

Chizuco Coleman, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Robert W. Gettleman : Defendants' motion [8] for extension of time to 3/21/2008 to answer or otherwise plead is granted. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.