IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| SPENTA INDUSTRIES, LTD., and HOSHANG R. KARANI, <br> Plaintiffs, <br><br> v. <br><br> CHIZUCO COLEMAN and ROBERT COLEMAN, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 08 C 495 <br><br> Judge Gettleman <br> Magistrate Judge Cole |

## NOTICE OF MOTION

TO: Ralph C. Hardesty, Esq.
Hardesty & Associates
55 West Monroe Street, Suite 3720
Chicago, IL 60603

Please take notice that on **Thursday, March 27, 2008** at **9:15 a.m**, the undersigned shall appear before the **Honorable Judge Robert W. Gettlemen,** or any Judge sitting in his stead, in **Courtroom 1703** at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached <u>Defendants' Motion to Dismiss</u>, a copy of which is attached hereto and hereby served upon you. You may appear as you deem fit.

/s/ David Kaufman
_____

David A. Kaufman, Esq. (ARDC # 6195977)
Jeremy Kramer, Esq., of counsel (ARDC #6237482)
David A. Kaufman and Associates
Counsel for Defendants
555 Skokie Boulevard-Suite 500
Northbrook, Illinois 60062-2845
Phone 847-480-1020
Fax 847-480-5740

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the *Defendants' Notice of Motion* was served on the attorneys listed below electronically via CM/ECF on March 21, 2008:

>Ralph C. Hardesty, Esq.
>Hardesty & Associates
>55 West Monroe, Suite 3720
>Chicago, Illinois 60603

>/s/ David Kaufman

**David A. Kaufman, Esq. (ARDC # 6195977)**
**Jeremy Kramer, Esq., of counsel (ARDC #6237482)**
**David A. Kaufman and Associates**
**Counsel for Defendants**
**555 Skokie Boulevard-Suite 500**
**Northbrook, Illinois  60062-2845**
**Phone 847-480-1020**
**Fax 847-480-5740**