UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Spenta Enterprises LTD., et al.
                          Plaintiff,

v.                                     Case No.: 1:08−cv−00495
                                        Honorable Robert W. Gettleman

Chizuco Coleman, et al.
                          Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(gds, )Mailed notice.

Dated: March 28, 2008

                                                                 /s/ Robert W. Gettleman

                                                                 United States District Judge