# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 495 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Spenta Enterprises, et al. Vs. Coleman, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement conference is set for May 1, 2008 at 4:30 p.m.　All parties are directed to refer to Judge Cole's "Settlement Conference Procedures", found on "www.ilnd.uscourts.gov" and to comply with its directives before appearing at the settlement conference. Parties with authority to settle must be present at the conference. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers by no later than (4) calendar days before the conference. Non-compliance with the 4-day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4-day Rule may necessitate cancellation of the conference.

Advised in open court.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|