## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Spenta Enterprises LTD., et al.

                          Plaintiff,

v.                                            Case No.: 1:08−cv−00495
                                                    Honorable Robert W. Gettleman

Chizuco Coleman, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

     MINUTE entry before Judge Honorable Jeffrey Cole:Settlement conference scheduled for today, May 1, 2008 is stricken. Parties shall call chambers confirming a new date for settlement conference. Telephoned notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.