# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 495 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Spenta Enterprises, Ltd., et al    vs    Chizuco Coleman, et al | | |

**DOCKET ENTRY TEXT:**

Memorandum opinion and order entered. Accordingly, defendants' motion to dismiss the complaint in its entirety without prejudice based on improper venue is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|