IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPENTA ENTERPRISES, LTD., | ) | |
| an Illinois corporation, and | ) | |
| HOSHANG R. KARANI, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civ. No.  08 C 0495 |
| CHIZUCO COLEMAN, and | ) | Judge Robert W. Gettleman |
| ROBERT COLEMAN, | ) | |
| Defendants. | ) | |

## PLAINTFFS' NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiffs, Spenta Enterprises, Ltd. and Hoshang R. Karani, by their attorney, Ralph C. Hardesty, will appear before the Honorable Judge Robert W. Gettleman in Courtroom 1703, 219 S. Dearborn, Chicago, IL. on August 20, 2008 at 9:15 A.M. to present the attached Plaintiffs' Rule 59(e) Motion to Reconsider and Amend August 4, 2008 Memorandum Opinion and Order.

Dated: August 14, 2008                                            Respectfully submitted,

                                                                                   Plaintiffs Spenta Enterprises, Ltd. and
                                                                                   Hoshang R. Karani
                                                                                   _S/Ralph C. Hardesty_____
                                                                                  Their Attorney

Ralph C. Hardesty
Hardesty & Associates
55 W. Monroe; Suite 3720
Chicago, IL 60603
312-346-0045
Attorney No. 6184066

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served copies of the foregoing Plaintiffs' Notice of Motion and Plaintiffs' Rule 59(e) Motion to Reconsider and Amend August 4, 2008 Memorandum Opinion and Order, via electronic filing, by facsimile and by United States mail, proper postage prepaid, on counsel for Defendants on August 14, 2008, before the hour of 5:00 P.M. as follows:

David A. Kaufman, Esq.
555 Skokie Blvd.
Suite 500
Northbrook, IL. 60062

                                                          S/ Ralph C. Hardesty